AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Natalie Lebeda )<br>*Plaintiff* )<br>v. )<br>Weinberg Mediation Group, LLC, et al. )<br>*Defendant* ) | Civil Action No. 19-cv-1517 |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   August 21, 2019.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  October 3, 2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# United States District Court
### Northern District of Illinois
### Eastern Division

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed documents(s) is (are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

**IN TESTIMONY WHEREOF:**

I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on __10/3/2019__.

THOMAS G. BRUTON, CLERK

By: _____
Deputy Clerk

Case 3:19-mc-00037-KRG   Document 1   Filed 10/24/19   Page 3 of 3
Case: 1:19-cv-01517 Document #: 23 Filed: 08/21/19 Page 1 of 1 PageID #:152
ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Natalie Lebeda,

Plaintiff,

v.

Weinberg Mediation Group, LLC, et al.,

Defendants.

Case No. 19 C 1517
Judge Robert M. Dow, Jr.

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff Natalie Lebeda
and against defendants Weinberg Mediation Group, LLC and Jerald Verhagen
in the amount of $4,924.50,

which ☐ includes pre-judgment interest.
☒ does not include pre-judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge              presiding, and the jury has rendered a verdict.
☐ tried by Judge            without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow, Jr. on a motion for default judgment.

Date: 8/21/2019

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk